FILED

AUG 15 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. CR-06-00112-DLJ |
| Plaintiff, | **ORDER** |
| v. | |
| Ronald Eugene Parrott, | |
| Defendant. | |

On August 11, 2006 a Supervised Release Violation Hearing was held in the above entitled case. Rebecca Silbert appeared on behalf of the defendant and the Government was represented by Merry Jean Chan.

The Court modifies the conditions of supervised release as follows:

The defendant is to complete 6 months in a halfway house for substance abuse.

**IT IS SO ORDERED.**

Dated: 8-15-06

_____
D. Lowell Jensen
UNITED STATES DISTRICT JUDGE